DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CATHERINE HITZGES (CORMIER),**
Appellant,

v.

**BANK OF AMERICA, N.A.,** and **BAC HOME LOANS SERVICING, L.P.,**
f/k/a **COUNTRYWIDE HOME LOANS SERVICING, L.P.,**
Appellees.

No. 4D17-3125

[April 18, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE10-018551.

Catherine Hitzges (Cormier), Cooper City, for appellant.

Adam M. Topel of Liebler Gonzalez & Portuondo, Miami, for appellee Bank of America.

PER CURIAM.

The motion for relief pursuant to Florida Rule of Civil Procedure 1.540(b)(2) and (3) was untimely. *See Epicor Software Corp. v. Coopers & Clarke, Inc.*, 928 So. 2d 1249, 1251 (Fla. 3d DCA 2006).

*Affirmed.*

WARNER, FORST and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***